**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CQS (US) LLC, | ) |
| Appellant, | ) |
| v. | ) Case No. 20 Civ. 5529 (VB) |
| WINDSTREAM HOLDINGS, INC., *et al.*, | ) |
| Appellees. | ) |
| In re: | ) Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*,[1] | ) Case No. 19-22312 (RDD) |
| Debtors. | ) (Jointly Administered) |

### ORDER GRANTING APPELLANT'S MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD

Upon the *Appellant's Motion to Accept Documents under Seal into Appellate Record* (the "***Motion***"), for good cause shown; it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted; and

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "***District Court***") those portions of the

---

[1] The last four digits of Debtor Windstream Holdings, Inc.'s tax identification number are 7717. Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/windstream. The location of the Debtors' service address for purposes of these chapter 11 cases is: 4001 North Rodney Parham Road, Little Rock, Arkansas 72212.

2

appellate record, as designated by the Appellant, which were received by the Bankruptcy Court under seal (the "*Sealed Material*").

3. This Court will accept, under seal, the Sealed Material, and the Sealed Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

4. Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

Date: July 22, 2020

_____
UNITED STATES DISTRICT JUDGE